IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>AMY EVANGELISTA,<br><br>            Defendant. | Case No.:  2:25-CR-00227-TLN<br><br>**ORDER GRANTING MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND** |

The Court, having reviewed the court files and the United States' Motion for the Deposit of Funds Into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. On or before the date of the defendant's sentencing, the defendant, or any other individual or entity on her behalf, may make payments in partial or full satisfaction of the defendant's criminal monetary penalties ("Deposit") to the Clerk of Court.

2. The payment instrument(s) shall be made payable to the "Clerk of Court" and be delivered to:

>  OFFICE OF THE CLERK
>  501 I Street, Suite 4-200
>  Sacramento, CA 95814

3. The payment instrument(s) shall include the case number (Case No. 2:25-CR-00277).

4.  Upon receipt, the Clerk shall promptly DEPOSIT the payment(s) into the Court's deposit fund.

5.  Once the imposed judgment is entered and docketed, the Deposit shall then be transferred to the defendant's criminal case.

6.  The Clerk shall apply the Deposit towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

IT IS SO ORDERED.

Dated: October 10, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE