UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALFIORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-CR-00227-TLN |
| Plaintiff, | **ORDER SEALING DOCUMENTS** |
| vs. | |
| AMY EVANGELISTA, | |
| Defendant. | |

For good cause shown, **IT IS HEREBY ORDERED THAT**:

The Defendant's *ex parte* application for sealed filing is **GRANTED**. The documents sought to be filed under seal, including Defendant's Request Seal, Declaration of Joshua J. Schroeder in Support of Request to Seal, and Defendant's Sentencing Memorandum of Points and Authorities and Attached Exhibits, shall be filed under seal.

DATED: March 16, 2026

_____
Troy L. Nunley
Chief United States District Judge